B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JAC Instrument Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Alexander Homecare dba JAC Healthcare Products** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**95-3353113** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4550 South Maywood Ave.**<br>**Los Angeles, CA**<br>ZIP Code **90058** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) — Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **JAC Instrument Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **JAC Instrument Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Steven R. Fox**
Signature of Attorney for Debtor(s)

**Steven R. Fox 138808**
Printed Name of Attorney for Debtor(s)

**Law Offices of Steven R. Fox**
Firm Name

**17835 Ventura Blvd.**
**Suite 306**
**Encino, CA 91316**
Address

**Email: emails@foxlaw.com**
**(818) 774-3545  Fax: (818) 774-3707**
Telephone Number

**January 9, 2011        138808**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Henry Shibata**
Signature of Authorized Individual

**Henry Shibata**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 9, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **JAC Instrument Company**  
                                 Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alex Orthopedic INC.**<br>**510 Fountain Parkway**<br>**Grand Prairie, TX 75050** | **Alex Orthopedic INC.**<br>**510 Fountain Parkway**<br>**Grand Prairie, TX 75050** | **supplies / products** | | **40,000.00** |
| **American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | **American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096** | **credit card** | | **120,000.00** |
| **First Quality Products Inc**<br>**80 Cuttermill Road**<br>**Great Neck, NY 11021** | **First Quality Products Inc**<br>**80 Cuttermill Road**<br>**Great Neck, NY 11021** | **supplies / products** | | **110,000.00** |
| **Graham Field**<br>**2935 N E Parkway**<br>**Atlanta, GA 30360** | **Graham Field**<br>**2935 N E Parkway**<br>**Atlanta, GA 30360** | **supplies / products** | | **90,000.00** |
| **Hartman USA / Humanicare**<br>**481 Lakeshore Parkway Rock...**<br>**Rock Hill, SC 29730** | **Hartman USA / Humanicare**<br>**481 Lakeshore Parkway Rock...**<br>**Rock Hill, SC 29730** | **supplies / products** | | **160,000.00** |
| **Henry Shibata**<br>**4550 S. Maywood Ave.**<br>**Los Angeles, CA 90058** | **Henry Shibata**<br>**4550 S. Maywood Ave.**<br>**Los Angeles, CA 90058** | **note payable to officer** | | **185,000.00** |
| **Homecare Enterprises CO, LTD**<br>**15F-5, No 184** | **Homecare Enterprises CO, LTD**<br>**15F-5, No 184** | **supplies / products**<br><br>**(do not have a deliverable address)** | | **18,000.00** |
| **Ideal Brands, Inc**<br>**c/o Law Office of S. Mokhtarzadeh**<br>**815 Moraga Dr.**<br>**Los Angeles, CA 90049** | **Ideal Brands, Inc**<br>**c/o Law Office of S. Mokhtarzadeh**<br>**815 Moraga Dr.**<br>**Los Angeles, CA 90049** | **supplies / products** | **Disputed** | **167,000.00** |
| **Invacare**<br>**33416 Treasury Center**<br>**Chicago, IL 60694-3400** | **Invacare**<br>**33416 Treasury Center**<br>**Chicago, IL 60694-3400** | **supplies / products** | | **30,000.00** |
| **Key Equipment Finance Inc.**<br>**11030 Circlen Point Rd.**<br>**Denver, CO 80220** | **Key Equipment Finance Inc.**<br>**11030 Circlen Point Rd.**<br>**Denver, CO 80220** | **supplies / products** | | **15,000.00** |

Case 2:11-bk-11022-BB    Doc 1    Filed 01/09/11    Entered 01/09/11 14:01:47    Desc
Main Document    Page 5 of 13

B4 (Official Form 4) (12/07) - Cont.

In re  **JAC Instrument Company**  Case No.

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Leslie Mcafee, Attorney**<br>**27525 Newhall Ranch Rd.**<br>**Unit 8**<br>**Valencia, CA 91355** | **Leslie Mcafee, Attorney**<br>**27525 Newhall Ranch Rd.**<br>**Unit 8**<br>**Valencia, CA 91355** | **Legal Fees** | | **64,300.00** |
| **Mason Medical**<br>**85 Denton Ave. New Hyde Park**<br>**New York, NY 10040** | **Mason Medical**<br>**85 Denton Ave. New Hyde Park**<br>**New York, NY 10040** | **supplies / products** | | **25,300.00** |
| **Maxhealth Corporation**<br>**15F-6, No. 82 Sec. 1 Hsin Tai Wu Rd**<br>**His Chih., P/O Box 2-78, His Chih,**<br>**Taipei Shien Taiwan, R.O.C.** | **Maxhealth Corporation**<br>**15F-6, No. 82 Sec. 1 Hsin Tai Wu Rd**<br>**His Chih., P/O Box 2-78, His Chih,** | **supplies / products** | | **467,521.00** |
| **PMI Incorporated**<br>**15 South Main Street**<br>**Marlboro, NJ 07746** | **PMI Incorporated**<br>**15 South Main Street**<br>**Marlboro, NJ 07746** | **supplies / products** | | **50,000.00** |
| **S.D. Herman Co. Inc**<br>**1201 South Olive Street**<br>**Los Angeles, CA 90015** | **S.D. Herman Co. Inc**<br>**1201 South Olive Street**<br>**Los Angeles, CA 90015** | **Commercial rent** | | **71,000.00** |
| **Shanghai Shunlong Equipment Co.**<br>**No 259 Jiugan Rd. Sijing Town**<br>**Songijang**<br>**District Suanghai China** | **Shanghai Shunlong Equipment Co.**<br>**No 259 Jiugan Rd. Sijing Town**<br>**Songijang** | **supplies / products** | | **80,000.00** |
| **Tri State Surgical Supply**<br>**4341 District Blvd.**<br>**Los Angeles, CA 90058** | **Tri State Surgical Supply**<br>**4341 District Blvd.**<br>**Los Angeles, CA 90058** | **supplies / products** | | **66,000.00** |
| **Twin Med Inc**<br>**11333 Greenstone Ave.**<br>**Santa Fe Springs, CA 90670** | **Twin Med Inc**<br>**11333 Greenstone Ave.**<br>**Santa Fe Springs, CA 90670** | **supplies / products** | | **16,000.00** |
| **Tytan Medical Corp**<br>**6F-4, No. 11, Wu-Chun 1 Road** | **Tytan Medical Corp**<br>**6F-4, No. 11, Wu-Chun 1 Road** | **supplies**<br><br>**(do not have a deliverable address)** | | **20,000.00** |
| **Zhongshan Bliss Medical Co. LTD**<br>**No. 98, Zhaoyl Rd.**<br>**Dongsheng Town,**<br>**Zhongshan City**<br>**Guangdong Province P.R.C.** | **Zhongshan Bliss Medical Co. LTD**<br>**No. 98, Zhaoyl Rd.**<br>**Dongsheng Town, Zhongshan City** | **supplies / products** | | **60,000.00** |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                              Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re **JAC Instrument Company**                                    Case No.

                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 9, 2011**        Signature **/s/ Henry Shibata**

                                                                             **Henry Shibata**
                                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

JAC Instrument Company
4550 South Maywood Ave.
Los Angeles, CA 90058


Steven R. Fox
Law Offices of Steven R. Fox
17835 Ventura Blvd.
Suite 306
Encino, CA 91316


Alex Orthopedic INC.
510 Fountain Parkway
Grand Prairie, TX 75050


American Bantex Corporation
4564 Reliable Parkway
Chicago, IL 60686


American Express
P.O. Box 0001
Los Angeles, CA 90096


Best Overnite Express
P.O. Box 90816
City of Industry, CA 91715


Bio Protech USA, INC
14312 Chambers Road
Tustin, CA 92780


BV Medical
28W206 Commercial Ave
Barrington, IL 60010

Circle A LLC
18720 Oxnard St., Suite 113
Tarzana, CA 91356


City of Vernon
4305 Santa Fe Ave.
Los Angeles, CA 90058


Consolidated Disp. Services
12494 Telegraph Rd.
Santa Fe Springs, CA 90670


Cybernet Communications Inc.
10390 Santa Monica Blvd.
Los Angeles, CA 90025


Drive Medical
7125 Rosemead Blvd.
Pico Rivera, CA 90660


Eugene Silver CPA
7120 Hayvenhurst Ave
Van Nuys, CA 91406


First Bankcard Center
PO Box 3331
Omaha, NE 68103-0331


First Quality Products Inc
80 Cuttermill Road
Great Neck, NY 11021

G & M Mattress & Foam Corp.
5401 East Slauson Ave.
Los Angeles, CA 90040


Graham Field
2935 N E Parkway
Atlanta, GA 30360


Hagwood Transportation Service
PO Box 764302
Dallas, TX 75376


Hartman USA / Humanicare
481 Lakeshore Parkway Rock...
Rock Hill, SC 29730


Henry Shibata
4550 S. Maywood Ave.
Los Angeles, CA 90058


Holiday Paper Products
PO Box 981
Downey, CA 90241


Hollywood Delivery Service Inc
2828 S Willow Avenue
Bloomington, CA 92316-3261


Homecare Enterprises CO, LTD
15F-5, No 184

Hudson Medical Products
5250 Klockner Drive
Henrico, VA 23231


Ideal Brands, Inc
c/o Law Office of S. Mokhtarzadeh
815 Moraga Dr.
Los Angeles, CA 90049


Invacare
33416 Treasury Center
Chicago, IL 60694-3400


Key Equipment Finance Inc.
11030 Circlen Point Rd.
Denver, CO 80220


Leo D. Plotkin
815 Moraga Drive
Los Angeles, CA 90049


Leslie Mcafee, Attorney
27525 Newhall Ranch Rd.
Unit 8
Valencia, CA 91355


Mason Medical
85 Denton Ave. New Hyde Park
New York, NY 10040


Maxhealth Corporation
15F-6, No. 82 Sec. 1 Hsin Tai Wu Rd
His Chih., P/O Box 2-78, His Chih,
Taipei Shien Taiwan, R.O.C.

Medquip
PO Box 1559
Bluffton, SC 29910


MMS Medical Supply Company
13400 Lake Front Drive
Earth City, MO 63045


Moussa Lavi
4829 Adele Court
Woodland Hills, CA 91367


Nissan Motor Acceptance Corp.
PO Box 78132
Phoenix, AZ 85062-8132


Office Depot
PO Box 689020
Des Moines, IA 50368-9020


Pacific West Medical
10859 Venice Blvd
Los Angeles, CA 90034


PMI Incorporated
15 South Main Street
Marlboro, NJ 07746


RDF Express, Inc
2421 Enterprise Blvd.
Calexico, CA 92231

Revolution Mobility
(Major's Medical)
2130 S. Heaven Ave.
Ontario, CA 91761


S C M H
P.O. Box 80770
San Marino, CA 91118-8770


S.D. Herman Co. Inc
1201 South Olive Street
Los Angeles, CA 90015


Shanghai Shunlong Equipment Co.
No 259 Jiugan Rd. Sijing Town
Songijang
District Suanghai China


Sigma Supply & Dist Inc
701 W Harvard St
Glendale, CA 91204-1142


Tri State Surgical Supply
4341 District Blvd.
Los Angeles, CA 90058


Twin Med Inc
11333 Greenstone Ave.
Santa Fe Springs, CA 90670


Tytan Medical Corp
6F-4, No. 11, Wu-Chun 1 Road

```
Union 76 Processing Center
PO Box 689059
Des Moines, IA 50368-9059


UPS International Pck Services
28013 Network Place
Chicago, IL 60673-1280


Zhongshan Bliss Medical Co. LTD
No. 98, Zhaoyl Rd.
Dongsheng Town, Zhongshan City
Guangdong Province P.R.C.
```